Your Name: Eugene Vass II
Address: 8 10th Street #3603, SF CA 94103
Phone Number: 4153352415
Fax Number: N/A
E-mail Address: N/A

*Pro Se Plaintiff*

United States District Court

Northern District of California

| Eugene Vass II | Case Number: 17-cv-02814-JSC |
|---|---|
| Plaintiff(s), | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. Barclays Bank Delaware | |
| Defendant(s). | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 6/5/2017   Sign Name: *[signature]*
Print Name: Eugene Vass II

VOLUNTARY DISMISSAL; Case No. 17-cv-02814-JSC

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name:** Vass vs Barclays Bank Delaware

**Case number:** 17-cv-02814-JSC

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s): NOTICE OF VOLUNTARY DISMISSAL

**How was the document served?** *(Check one.)*
- ☑ Placed in U. S. Mail
- ☐ Sent by fax
- ☐ Hand-delivered
- ☐ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Barclay Bank Delaware c/o YU Mohandesi LLP

633 West Fifth Street Suite 2800

Los Angeles, CA 98071

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 6/6/2017

**Who served the documents?** *(Whoever puts it into the mail, faxes, hand-deliveres, or sends by delivery service should print his/her name, address and sign. You can also do this yourself.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: *[signature]*

Printed name: Eugen Vass II

Address: 8 10th Street #3603 SF, CA 94103

CERTIFICATE OF SERVICE [JDC TEMPLATE]        Rev. 6/2013